An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HERMAN ALFONSO MORALES,
Petitioner,
vs.
NEVADA DEPARTMENT OF
CORRECTIONS,
Respondent.

No. 67904

**FILED**

JUL 28 2015



## ORDER DISMISSING PETITION

This proper person petition was docketed in this court on April 30, 2015, without payment of the requisite filing fee. On June 15, 2015, this court issued an order directing petitioner to submit an affidavit in support of his motion to proceed in forma pauperis within 30 days or the petition would be dismissed. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, the motion is denied and this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Jaci K Lindu_

cc:   Herman Alfonso Morales
      Attorney General/Carson City

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-22765